UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-61198-CIV-MARRA/MATTHEWMAN

MICHAEL MARTIN,

    Plaintiff,

v.

BENIHANA NATIONAL CORP., a
foreign profit corporation and
MICKEY GONZALEZ,

    Defendants.
_____/



## ORDER SETTING DISCOVERY PROCEDURE

THIS CAUSE is before the Court pursuant to an Order Referring Discovery Motions to United States Magistrate Judge [DE 13] entered by United States District Judge Kenneth A. Marra. The Court will hold a hearing on **all** discovery motions. To ensure an expeditious and just discovery process, it is hereby **ORDERED** as follows:

1. Pre-hearing Communication: If a discovery dispute arises, the parties must confer either **in person or via telephone** to resolve their discovery disputes before seeking court intervention. During the course of this conversation, counsel shall discuss the available options for resolving the dispute without court intervention and make a concerted, good faith effort to arrive at a mutually acceptable resolution.

2. Discovery Motions: If the parties are unable to resolve their discovery disputes without court intervention, the movant shall file a discovery motion, consult with opposing counsel regarding availability for a hearing, and contact chambers to set the matter down for a discovery hearing. The Court will then enter an order setting the matter down for a hearing. The Court will hold a regular discovery motion calendar every Friday beginning at 2:00 p.m. If, due to scheduling conflicts, the parties cannot appear for a hearing on that day and time, the Court will try to accommodate the parties' schedules.

All discovery motions shall be **no longer than five (5) pages**. The purpose of the motion is merely to frame the discovery issues and succinctly explain the dispute. The moving

1

party MUST attach as exhibits any materials relevant to the discovery dispute (e.g. discovery demands and discovery responses).

The opposing party must file a response to the motion, **no longer than five (5) pages**, within **five (5) business days** of service of the discovery motion. No reply shall be filed unless the Court so directs.

3. <u>Pre-Hearing Discussions</u>: The parties are encouraged to continue to pursue settlement of any disputed discovery matters even after the hearing is scheduled. If those efforts are successful, counsel should contact Judge Matthewman's chambers as soon as practicable so that the hearing can be timely canceled. Alternatively, if the parties resolve some, but not all, of their issues before the hearing, counsel shall timely contact chambers to relay which issues are no longer in dispute.

The Court expects all parties to act courteously and professionally in the resolution of their discovery dispute. The Court may impose appropriate sanctions upon a finding of failure to comply with this Order or other discovery misconduct.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 15th day of August, 2013.

WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

2